**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL SHANE WILMOTH**                                                                 **PLAINTIFF**

V.                              **CASE NO. 4:15CV00271 BRW/BD**

**DAN ROBERTS, et al.**                                                                               **DEFENDANTS**

**ORDER**

On May 12, 2015, Michael Shane Wilmoth, an inmate in the Omega Center of the Arkansas Department of Correction, filed a Complaint (docket entry #2) under 42 U.S.C. § 1983. Mr. Wilmoth's claims all arose while he was housed at the Omega Center in Malvern, Arkansas.

The Omega Center is located in the Western District of Arkansas. The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas, Hot Springs Division, Judge Isaac C. Parker Federal Building, 30 South 6th Street, Room 1038, Fort Smith, Arkansas 72901.

IT IS SO ORDERED, this 2nd day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE